## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| VILLA AVADA CT TRUST,<br>              Appellant,<br>vs.<br>THE BANK OF NEW YORK MELLON,<br>F/K/A THE BANK OF NEW YORK, AS<br>TRUSTEE FOR THE<br>CERTIFICATEHOLDERS CWALT,<br>INC., ALTERNATIVE LOAN TRUST<br>2004-32CB MORTGAGE PASS-<br>THROUGH CERTIFICATES, SERIES<br>2004-32CB,<br>              Respondent. | No. 77562<br><br>**FILED**<br><br>SEP 2 3 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _S. Young_<br>DEPUTY CLERK |

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Matt Pinkin_

cc:    Hon. David M. Jones, District Judge
       Law Offices of Michael F. Bohn, Ltd.
       Wright, Finlay & Zak, LLP/Las Vegas
       Eighth District Court Clerk